BRIDGEPORT HARBOUR PLACE I, LLC *v.* JOSEPH P. GANIM ET AL.*

The named defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 99 (AC 30549), is granted, limited to the following issues:

"Did the Appellate Court properly refrain from considering the issue raised by the named defendant regarding the award of punitive damages because of the named defendant's failure to seek an articulation of the trial court's decision? If the answer is 'no,' did the trial court properly award punitive damages in this case?"

ROGERS, C. J., and NORCOTT and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18888.

*Jeffrey J. Mirman* and *John F. Droney*, in support of the petition.

*William F. Gallagher, Hugh D. Hughes, William J. Sweeney* and *R. Bartley Halloran*, in opposition.

Decided November 17, 2011

MICHAEL BROWN *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Brown's petition for certification for appeal from the Appellate Court, 131 Conn. App. 497 (AC 31707), is denied.

*Deren Manasevit*, assigned counsel, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided November 17, 2011

* The appeal was withdrawn January 26, 2012.